# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIVORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, a corporation,<br><br>          Plaintiff,<br><br>v.<br><br>JAMES JACKSON, an individual; J. MADING INSURANCE AND FINANCIAL SERVICES, LLC, a California corporation, PACIFIC DENTAL SERVICES, INC., a California corporation; STEPHEN D. WATKINS, in his capacity as Trustee for the SPI-205 IRREVOCABLE LIFE INSURANCE TRUST, a California Trust; and FIRST INSURANCE FUNDING CORPORATION, an Illinois corporation,<br><br>          Defendants. | Case No. CV 10-3791 AHM (MLGx)<br><br>**[PROPOSED] PROTECTIVE ORDER APPROVING PARTIES' STIPULATED CONFIDENTIALITY AGREEMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4839-6035-4310 v1                    - 1 -                    CASE NO. CV 10-3791 AHM (MLGx)
PROTECTIVE ORDER APPROVING PARTIES' STIP.
CONFIDENTIALITY AGREEMENT

1  Upon consideration of the Stipulated Confidentiality Agreement for
2  Protective Order between Plaintiff Sun Life Assurance Company of Canada ("Sun
3  Life" or "Plaintiff") and First Insurance Funding Corporation ("FIFC"), attached as
4  Exhibit "A," the Court hereby approves of said Agreement and orders the parties to
5  comply with its terms.

7  IT IS SO ORDERED.

9  DATED: July 22, 2010  _____
   MARC L. GOLDMAN
   UNITED STATES MAGISTRATE JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4839-6035-4310 v1

- 2 -

CASE NO. CV 10-3791 AHM (MLGx)
PROTECTIVE ORDER APPROVING PARTIES' STIP.
CONFIDENTIALITY AGREEMENT