# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>JAMES JACKSON, et al.,<br><br>　　　　Defendant(s). | CASE NO. CV10-3791-AHM (MLGx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown before February 16, 2011, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: August 5, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　A. Howard Matz
　　　　　　　　　　　　　　　　　　　United States District Court Judge

**JS-6**